IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2012 AUG 23 P 12: 58
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Dawn M. Jenkins ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action |
| ) | |
| LTD FINANCIAL SERVICES, L.P. ) | No. 1:12-cv-11087-DJC |
| ) | |
| JOHN D. CUNNINGHAM ) | |
| ) | |
| Defendants ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Dawn May Jenkins, and hereby informs the court that a settlement of the present matter has been reached between Plaintiff, Dawn M Jenkins and Defendants LTD FINANCIAL SERVICES, L.P. and John D. Cunningham. The parties have concluded a settlement agreement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff.

Respectfully submitted,

*[signature]*

Dawn May Jenkins, Pro Se
c/o 33 Eastern Avenue, Unit 2
Lynn, Massachusetts 01902
781-710-5527

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named parties by first class USPS mail in accordance with Local Rule 5.2.

Signed August 20, 2012

Dawn May Jenkins, Pro Se

Mark L. Aschermann
Barron and Newburger, PC.
6300 West Loop South, Suite 341
Bellaire, Texas 77401

Evan T. Lawson
Joshua M. D. Segal
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

Counsel of Record for the Defendants
LTD Financial Services, L.P.
John D. Cunningham